UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                    )
                                          )
SPRING CREEK AIRPARK, INC.                )   CASE NO.   09-11412(1)(11)
                                          )
                          Debtor(s)       )

_____

**MEMORANDUM-OPINION-ORDER**

This matter is before the Court on the Motion to Alter or Amend the Order of December 18, 2009, filed by Debtor Spring Creek Air Park, Inc. ("Debtor"). The Court considered the Debtor's Motion and the Objection thereto of Creditor Roswell Holdings, LLC ("Creditor"). The Court finds no basis under Rules 9023 or 9024 of the Federal Rules of Bankruptcy Procedure to alter or amend its Order of December 18, 2009, granting Creditor's Motion to Modify the Stay and for Abandonment. The Order was not based on inaccurate or misleading information, there is no new evidence or newly discovered evidence presented, nor is there any other reason presented under Rule 9023 or Rule 9024 upon which this Court should reconsider its December 18, 2009, Order. The Court being duly advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Alter or Amend the Order of December 18, 2009, of Debtor Spring Creek Air Park, Inc., be and hereby is, **DENIED**.

This is a final and appealable Order with no just reason for delay.

bcr